IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NOEL BRALLEY,  Plaintiff, | : : : : : : : : : : |
| v. | CIVIL ACTION FILE |
| MARK A. CAREY,  Defendant. | NO. 1:11-mi-00002-WBH-ECS |

**CONSENT ORDER EXTENDING TIME TO
RESPOND TO NON-PARTY VANDENBERG,
CHASE AND ASSOCIATES' MOTION TO QUASH**

This matter is before the Court on the joint request of the Plaintiff and Vandenberg, Chase and Associates (hereinafter "Movant") to extend the time period in which Plaintiff may respond to Movant's Motion to Quash. For good cause shown, including affording Plaintiff and Movant an opportunity to explore a resolution of the pending Motion, it is hereby:

ORDERED that Plaintiff shall have through and including Friday, February 4, 2011, to response to Vandenberg, Chase and Associates' Motion to Quash.

SO ORDERED this _____ day of _____, 2011.

_____
E. CLAYTON SCOFIELD, III
MAGISTRATE JUDGE

CONSENT SIGNATURES ON FOLLOWING PAGE

-1-

-2-

Respectfully submitted,

PLAINTIFF:                           **SKAAR & FEAGLE, LLP**

                                     by:    /s/ Kris Skaar
                                            Kris Skaar
                                            Georgia Bar No. 649610
                                            krisskaar@aol.com

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600 ● fax (404) 601 - 1855


MOVANT VANDENBERG,
CHASE AND ASSOCIATES, LLC:

                                     by:    /s/ John C. Forbes, Jr.[1]
                                            John C. Forbes, Jr.
                                            Georgia Bar No. 267709

1200 Buckhead Crossing
Suite A
Woodstock, Georgia 31089
(866) 374-6613
attorneyforbes@msn.com

---

[1]     Kris Skaar signing by express permission.