IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NOEL BRALLEY et al.,<br>    Plaintiffs,<br><br>v.<br><br>MARK A. CAREY et al.,<br>    Defendants. | :<br>:<br>:  CIVIL ACTION FILE<br>:<br>:  NO. 1:11-mi-00002-WBH-ECS<br>:<br>:<br>: |

**PLAINTIFFS' MOTION FOR CONTEMPT**

COME NOW PLAINTIFFS, pursuant to Rule 45(e), Fed.R.Civ.P., and files this their Motion for Contempt.  Plaintiff respectfully shows that the non-party Vandenberg Chase & Assocaites, LLC failed to respond to the post-judgment subpoena seeking information about income and assets of defendants/judgment-debtors.  Accordingly, Plaintiffs move for an order:

▸  Finding Vandenberg Chase & Associates, LLC to be in contempt for failure to comply with Plaintiffs' subpoena;

▸  Ordering Vandenberg Chase & Associates, LLC to comply with the subpoena by production of at least the following:

1)  the front and back of the last five checks written to Defendant Carey or his firm;

    2)    the front and back of the last five checks received from Defendant Carey or his firm;

    3)    any contracts between Vandenberg Chase and Defendant Carey or his firm over the last five years;

    4)    an affidavit signed by an officer of Vandenberg Chase certifying that the documents produced comply with this order;

    5)    if Vandenberg Chase contends that the documents described in paragraph 1, 2 or 3 do not exist, then an affidavit signed by an officer of Vandenberg Chase explaining the search and investigation that was conducted to determine that the documents described in paragraph 1, 2 or 3 do not exist;

- Ordering that said production take place no later than on or before the fourteenth day after the entry of said Order by actual delivery to Plaintiffs' local counsel within that time;

- Imposing the coercive contempt sanction of a daily monetary fine or penalty for each calendar day that Vandenberg Chase & Associates, LLC fails to comply with this Court's Order, said coercive contempt sanction to begin on the fifteenth day after the entry of said Order; and

- Imposing a compensatory contempt sanction of the reasonable value of Plaintiffs' attorneys fees for bringing this motion and opposing Vandenberg Chase & Associates, LLC's motion to quash.

Respectfully submitted,

    /s/ Kris Skaar
Kris Skaar
Georgia Bar No. 649610
krisskaar@aol.com

**SKAAR & FEAGLE, LLP** (Marietta)
P.O. Box 1478
331 Washington Ave.
Marietta, GA 30061-1478
770 / 427-5600
404 / 601-1855 fax